CHIEF JUSTICE
  CAROLYN WRIGHT
JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals
Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

October 26, 2015

Honorable Elizabeth Frizell
Presiding Judge
Criminal District Court No. 7
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-54
Dallas, TX 75207

RE:     **SECOND STATUS REQUEST**
        05-14-01468-CR, Clarence Hines v. The State of Texas

Dear Judge Frizell:

On August 10, 2015, the Court ordered the trial court to make findings regarding the jury charges and verdicts for both the guilt and punishment phases of trial. On August 14, 2015, we received a supplemental clerk's record containing the jury charge and verdict form for the punishment phase. However, the supplemental clerk's record does not contain the jury charge or verdict form from the guilt phase. To date, we have not received the trial court's findings or the jury charge and verdict from the guilt phase, nor have we received a response to our previous letter inquiring about the status of the findings. The appeal cannot proceed until the matter of the guilt phase jury charge and verdict is resolved and I have been instructed to follow up on the matter. Therefore, please notify us of the status of the findings within **SEVEN DAYS** of the date of this letter. We appreciate your assistance with this matter.

Sincerely,

/s/     Lisa Matz, Clerk of the Court

cc:     Felicia Pitre, Dallas County District Clerk
        Riann Moore
        Lori Ordiway

ltr:mrh